No. 10,731.

## SUCCESSION OF SOLOMON WEIS.

Doubtful claims against an applicant for the administration of a succession are insufficient to exclude him, particularly where he raises counter pretensions for a like or larger amount against the deceased, and enjoys a good character and the confidence of the opponent.

If he be liable and fails to charge himself with the debt, on an opposition by the parties concerned, duly proved, the court will have power to hold him.

The exercise of discretion in such matters by the probate judge, will not be lightly interfered with by the appellate court.

In the absence of a joinder in the appeal, or of a prayer to amend in this court, by an appellee, the judgment appealed from, as to him, must remain undisturbed.

APPEAL from the Civil District Court for the Parish of Orleans. Ellis, J.

H. L. Lazarus and G. A. Breaux for Applicant and Appellant.

Moise & Fitche for Opponent and Appellee.

The opinion of the court was delivered by

BERMUDEZ. C. J.    This is a contest for the administration of this succession.

The public administrator first sought the appointment. He was opposed by Ferdinand Weis. These two met opposition from Louis Weis, who urged his own appointment by preference.

The District Judge, after hearing, appointed Ferdinand Weis, dismissing the petition of the public administrator and the opposition of Louis Weis.

The latter appeals, and the public administrator does not join or ask an amendment of the judgment, which, as to him, must remain undisturbed.

Ferdinand and Louis Weis are the brothers of the deceased.

The main ground upon which the appellant relies to defeat the pretensions of Ferdinand Weis is that he is a debtor of the estate.

It appears that the deceased actually left only $200 in cash, and $557 in a note, the inventory showing, however, claims amounting to upward of $10,000 against Ferdinand Weis for as much collected by him as the amount of life insurance policies.

Those claims were inserted in the inventory, made at the instance of the public administrator, but which is not signed by Ferdinand Weis, who, far from admitting a liability, claims that his brother died owing him as much and more.

It seems that Ferdinand Weis enjoys the confidence of Louis Weis and of their sister, and that it is at their instance that he intermeddled with the affairs of the estate, to some extent.

He is perfectly reliable, can give a good bond, and if it be true that he is indebted to the estate and fail to charge himself with the debt, when he shall file an account on an opposition, the court will have power to hold him, should the proof warrant.

We think the District Judge exercised a sound discretion in appointing Ferdinand Weis.

Judgment affirmed.